CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2006

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTINA ACKER, ) | |
|    Petitioner, ) | Civil Action No. 7:06CV00365 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE M. JOHNSON, et al., ) | By: Hon. Glen E. Conrad |
|    Respondents. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

(1) The petition for writ of mandamus filed by the petitioner shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1); and

(2) All other pending motions shall be and hereby are **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondents, if known.

ENTER: This 20th day of June, 2006.

_____
United States District Judge